In the Matter of TRISHA B., a Person Alleged to be a Juvenile Delinquent, Appellant. [951 NYS2d 675]—

Appellant's challenges to the legal sufficiency of the petition

and the evidence adduced at the fact-finding hearing are unavailing. The evidence set forth in the petition and supporting deposition, and the similar evidence presented at the hearing, both support the inference that appellant trespassed in a Housing Authority building in violation of Penal Law § 140.10 (e) (*see Matter of Lonique M.*, 93 AD3d 203 [1st Dept 2012]). Concur—Andrias, J.P., Friedman, Moskowitz, Freedman and Manzanet-Daniels, JJ.